UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-20159-CR-MORENO

UNITED STATES OF AMERICA,
        Plaintiff,

v.

EDWIDGE JUNIOR DARBOUZE,
        Defendant.
_____/

## NOTICE OF ASSIGNMENT

The Federal Public Defender's Office for the Southern District of Florida gives notice that the above-captioned case has been assigned to Assistant Federal Public Defender Christy O'Connor. Please direct any future inquiries, pleadings or correspondence to Ms. O'Connor on behalf of the Defendant Edwidge Junior Darbouze.

        Respectfully submitted,
        MICHAEL CARUSO
        FEDERAL PUBLIC DEFENDER

BY:   s/*Christy O'Connor*
        Christy O'Connor
        Assistant Federal Public Defender
        Florida Bar No. A5501358
        150 West Flagler Street
        Suite 1700
        Miami, Florida 33130-1556
        Tel: 305-530-7000/Fax: 305-536-4559
        E-Mail Address: christy_o'connor@fd.org

## **CERTIFICATE OF SERVICE**

I HEREBY certify that on April 2, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

 s/*Christy O'Connor*
Christy O'Connor

# SERVICE LIST
## UNITED STATES OF AMERICA V. EDWIDGE JUNIOR DARBOUZE
## CASE NO. 14-20159-CR-MORENO

### United States District Court, Southern District of Florida

Christy O'Connor, AFPD
Federal Public Defender's Office
150 West Flagler Street
Suite 1700
Miami, Florida  33130
Telephone:  305/530-7000
Facsimile:  305/536-4559
Email:  christy_o'connor@fd.org
Attorney for Defendant
CM/ECF

Maurice A. Johnson, AUSA
United States Attorney's Office
99 N.E. 4th Street
Miami, Florida  33132
Telephone:  305/961-9454
Email: Maurice.Johnson@usdoj.gov
Attorney for United States
CM/ECF

N:\WPDOCS\WP60DOCS\FORMS\NOTICE OF ASSIGNMENT.wpd