UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-20159-CR-MORENO/O'SULLIVAN

UNITED STATES OF AMERICA,

        Plaintiff,

v.

EDWIDGE JUNIOR DARBOUZE,

        Defendant.

_____/

### DEFENDANT EDWIDGE JUNIOR DARBOUZE'S EXHIBIT LIST *AND WITNESS* FOR SUPPRESSION HEARING OF MAY 29, 2014 *List*

Defendant, Edwidge Junior Darbouze, through undersigned counsel, files the following defense exhibit list for the May 29, 2014, suppression hearing before this Court:

| No. | Description | Witness | Admitted |
|---|---|---|---|
| 1 | DHS Subpoena to Comcast, July 26, 2013 | | 5/29/14 |
| 2 | Comcast Response to DHS Subpoena, Aug. 6, 2013 | | |
| 3 | FDHSMV photos for Evans, Edwige and Ewidge Junior Darbouze & handwritten notes for each, Sept. 3, 2013 | | |
| 4 | DAVID Individual Summary Page, Edwige Darbouze | | |
| 5 | DAVID Individual Summary Page, Evens Darbouze | | |
| 6 | DAVID Individual Summary Page, Edwige Junior Darbouze | | |
| 7 | TECS Message, Edwige Darbouze, Sept. 3, 2013 | | |
| 8 | TECS Message, Evens Darbouze, Sept. 3, 2013 | | 5/29/14 |

| | | | | ADMITTED |
|---|---|---|---|---|
| 9 | TECS Message, Edwige Junior Darbouze, Sept. 3, 2013 | | | 5/29/14 |
| 10 | NCIC Query Results, Evens Darbouze, Sept. 3, 2013 | | | |
| 11 | DHS Employment Authorization Records, Evens Darbouze, Sept. 3, 2013 | | | |
| 12 | Search Warrant for Residence, Sept. 13, 2013 | | | |
| 13 | Enforcement Operation Plan | | | |
| 14 | Floor plan of Residence | | | |
| 15 | Statement of Rights & Waiver, Evans Darbouze | | | |
| 16 | Statement of Rights & Waiver, Edwige Junior Darbouze | | | |
| 17 | Inventory Log, signed by Edwige Darbouze | | | |
| 18 | Consent to Search Vehicle, Edwidge Junior Darbouze | | | 5/29/14 |
| 19 (5/29/14) | S/A Trajkovic's Notes of Edwidge Sr. | For ID purposes only | | — |
| | Edwidge Darbouze, Sr. | sworn + test. | | 5/29/14 |
| | Evans Darbouze | sworn + test. | | 5/29/14 |
| | S/A Rodd Delmonte | sworn + test. | | 5/29/14 |
| 20. | Video of pre-search | | | 5/29/14 |

**United States District Court**
**Southern District of Florida**

Case Number: 14 20159 cr FAM

# SUPPLEMENTAL ATTACHMENT(S)

Please refer to supplemental paper "court file" in the division where the Judge is chambered. These attachments must not be placed in the "chron file".

☑ **NOT SCANNED**

- ☐ Due to Poor Quality
- ☐ Bound Extradition Papers
- ☐ Photographs
- ☐ Surety Bond (Original or Letter of Understanding)
- ☐ CD, DVD, VHS Tape, Cassette Tape
- ☑ Other: ~~PAGE 5 OF BOND PAPERS~~ - PERSONAL INFORMATION and exhibits

☐ **SCANNED**

- ☐ But Poor Quality
- ☐ Habeas Cases (State Court Record/Transcript)

Date: 5/29/14