UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **14-20159-CR-MORENO**

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

**EDWIDGE JUNIOR DERBOUZE,**

        Defendant.

_____/

## ORDER ADPOPTING REPORT and RECOMMENDATION

THIS CAUSE came before the Court upon defendant's motion to suppress statements and physical evidence **[D.E. #29]** and the Court having referred said motion to United States Magistrate Judge John O'Sullivan and having received a Report and Recommendation **[D.E. #31]** and after a *de novo* review of the transcript, it is

ORDERED and ADJUDGED that the Court **ADOPTS** the Report and Recommendation and the motion to suppress is **DENIED.**

DONE and ORDERED in Miami-Dade County Florida this 25 day of June, 2014.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

All counsel of record