**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 14-cr-20159-BLOOM**

UNITED STATES OF AMERICA,

    Plaintiff,

v.

EDWIDGE JUNIOR DARBOUZE,

    Defendant.

_____/

**ORDER ON MOTION FOR APPOINTMENT OF COUNSEL**

**THIS CAUSE** is before the Court upon the Defendant's Motion for Appointment of Counsel, ECF No. [153] ("Motion"). On March 15, 2019, Defendant filed a Motion for Compassionate Release and/or Reduction of Sentence, ECF No. [148], in which he requests compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A). On March 29, 2021, the Government file a response, ECF No. [149].

In the Motion, Defendant seeks the appointment of counsel, arguing that further argument "will be necessary to show the Merits of his claims," and that his time to access the legal library is limited. However, it is well settled that 18 U.S.C. § 3006A(c) does not provide a statutory right to counsel for a § 3582(c) motion, nor is there a constitutional right to counsel for this type of proceeding. *United States v. Cain*, 827 F. App'x 915, 921 (11th Cir. 2020) (concluding that the right to counsel does not extend to proceedings under 18 U.S.C. § 3582(c)(1) (citing *United States v. Webb*, 565 F.3d 789, 794-95 (11th Cir. 2009))); *Pennsylvania v. Finley*, 481 U.S. 551, 555 (1987) ("[T]he right to appointed counsel extends to the first appeal as of right, and no further."). As such, "the decision to appoint an attorney is left to the discretion of the district court." *Webb*,

Case No. 14-cr-20159-BLOOM

565 F.3d at 795. The Court may appoint counsel if the interests of justice so require. *See* 18 U.S.C. § 3006A(a)(2); *Cain*, 827 F. App'x at 921-22. In this case, there is no indication that the Constitution, statutory authority, or the interests of justice support the appointment of counsel.

Accordingly, it is **ORDERED AND ADJUDGED** that Defendant's Motion, **ECF No. [153]**, is **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, on April 13, 2021.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of record

Edwidge Junior Darbouze, *pro se*
02228-104
McRae Correctional Institution
Inmate Mail/Parcels
Post Office Drawer 55030
McRae Helena, GA 31055